﻿Citation Nr: AXXXXXXXX
Decision Date: 02/27/20 Archive Date: 02/27/20

DOCKET NO. 190311-19570
DATE: February 27, 2020

ORDER

The appeal is dismissed.

FINDINGS OF FACT

During the pendency of this appeal, the Veteran passed away in January 2020.

CONCLUSIONS OF LAW

Due to the Veteran’s passing, the Board has no jurisdiction to adjudicate the merits of this appeal. 38 U.S.C. § 7104 (2012); 38 C.F.R. § 20.1302 (2018).

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran served on active duty from March 1959 to October 1962.

This matter comes before the Board on appeal of an April 2017 rating decision by a Department of Veterans Affairs (VA) Regional Office (RO). The Veteran timely appealed the decision by filing a June 2017 Notice of Disagreement. Thereafter, he timely perfected the appeal following the issuance of a Statement of the Case in March 2019. In his March 2019 Decision Review Request he elected the Direct Review lane.

1. Whether new and relevant evidence has been received to reopen service connection claim for the residuals of a right knee injury; whether new and relevant evidence has been received to reopen service connection claim for the residuals of a left knee injury; and whether new and relevant evidence has been received to reopen service connection claim for the residuals of a lumbar spine disability.

VA has received notice from the Social Security Administration the Veteran passed away in January 2020. As a matter of law, a veteran’s claim does not survive their death. Landicho v. Brown, 7 Vet. App. 42, 47 (1994), superseded by 38 U.S.C. § 5121A (2012) (only with respect to the issue of substitution of a claimant upon an appellant’s death). Thus, this appeal is now moot and must be dismissed for lack of jurisdiction. 38 U.S.C. § 7104; 38 C.F.R. § 20.1302.

As the Board makes no decision on the merits of this appeal, this dismissal does not affect the right of an eligible person to substitute in as the appellant for purposes of processing all pending claims to completion. 38 U.S.C. § 5121A; 

38 C.F.R. §§ 3.1010, 20.1106 (2018). A request for substitution must be filed no later than one year after the date of the Veteran’s death and should be filed with the agency of original jurisdiction from which the claim originated.

 

 

M. Donohue

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board G. Suh, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.